## BUTLER v. STATE.
### No. 13140.

Court of Criminal Appeals of Texas.
March 19, 1930.

Ben F. Cone, of Mexia, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

The record is here without any bills of exception. The statement of facts shows that there was found in appellant's yard a barrel of home-brew, which was shown by the testimony to be intoxicating liquor. Appellant claimed that same had been brought to his place by another. The evidence is sufficient to justify the conclusion of guilt.

No error appearing, the judgment will be affirmed.

## THACKERSON v. STATE.
### No. 13468.

Court of Criminal Appeals of Texas.
March 26, 1930.

T. B. Ridgell, of Breckenridge, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for aggravated assault; punishment, a fine of $100 and four months in the county jail.

The state's attorney with this court moves to dismiss the appeal because no sufficient notice of appeal appears in the record. The only reference to this legal requisite to an appeal appears to be a copy of a docket entry. This is not sufficient. Bryson v. State (Tex. Cr. App.) 20 S.W.(2d) 1047. The motion is granted.

The appeal is dismissed.